IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | ) |
| **Plaintiff,** | ) Civil Action No. 25-1371 |
| v. | ) |
| CAMRYN SIMONS, *et al.* | ) |
| **Defendants.** | ) |

## ORDER

AND NOW, this 21st day of January, 2026, upon consideration of Plaintiff's Motion for Alternative Service, IT IS ORDERED that the motion is GRANTED.

Plaintiff shall effect service of his Amended Complaint and Summons on Defendants via email on or before **January 22, 2026.**

BY THE COURT:

s/ J. Nicholas Ranjan
_____
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court