**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,                             )
                                      )
                                      )
        Plaintiff,                    )   2:25-CV-1371
                                      )
    v.                                )
                                      )
CAMRYN SIMONS; *et al.*,              )
                                      )
                                      )
        Defendants.                   )

## <u>ORDER</u>

AND NOW, this 27th day of March, 2026, IT IS ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF 55) is hereby **GRANTED.**

Plaintiff shall file any second amended complaint on or before **April 8, 2026**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court