## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,                             )
                                      )
                                      )    2:25-CV-1371
        Plaintiff,                    )
                                      )
    v.                                )
                                      )
CAMRYN SIMONS; *et al.*,              )
                                      )
                                      )
        Defendants.                   )

## ORDER

**AND NOW**, this 16th day of April, 2026, **IT IS ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (ECF 58) is hereby **GRANTED.**

Plaintiff shall file any third amended complaint on or before **May 15, 2026**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court