**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) 2:25-CV-1371 |
| | ) |
| v. | ) |
| | ) |
| CAMRYN SIMONS; *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 17th day of April, 2026, **IT IS ORDERED** that Plaintiff's Motion to Redact Second Amended Complaint is **GRANTED**.

The Clerk of Court shall seal the amended complaint filed at ECF 57 and file as a corrective entry the redacted version attached to Plaintiff's motion.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court