**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| | ) 2:25-CV-1371 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMRYN SIMONS; *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

**AND NOW**, this 13th day of May, 2026, **IT IS ORDERED** that Plaintiff's Motion for Protective Order (ECF 67) is hereby **DENIED without prejudice**, for the reasons put forth by Defendant Madeline Pratt's in her response (ECF 68).

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court