**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 25-1371 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMRYN SIMONS, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

AND NOW, this 22nd day of June, 2026, IT IS ORDERED that Plaintiff's Motion for

Leave to File a Fourth Amended Complaint is hereby **GRANTED.**

Plaintiff shall file any fourth amended complaint on or before **July 21, 2026.**


BY THE COURT:

s/ J. Nicholas Ranjan
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
United States District Judge


cc:
Plaintiff John Doe
Address on File with Clerk of Court