## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,                          )
                                   )
                                   )    2:25-CV-1371
          Plaintiff,               )
                                   )
     v.                            )
                                   )
CAMRYN SIMONS; *et al.*,           )
                                   )
                                   )
          Defendants.              )

## ORDER

**AND NOW**, this 8th day of July, 2026, **IT IS ORDERED** that:

1. Plaintiff's Motion for Alternative Service (ECF 86) is hereby **GRANTED**. Plaintiff may serve Defendant Computer Science Club at Pitt via e-mail, and shall file proof of service once service has been effected.

2. Plaintiff's Motion for Extension of Time to Serve (ECF 87) is hereby **GRANTED**. Plaintiff shall serve Defendant Ian Haverstock in accordance with the Local Rules of this Court on or before **August 21, 2026**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court