**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| | ) 2:25-CV-1371 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMRYN SIMONS; *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 14th day of July, 2026, **IT IS ORDERED** that Plaintiff's Motion for Leave to File Documents Under Seal (ECF 90) is hereby **GRANTED**.

Plaintiff is not required to file a redacted version of any document filed under seal, and must serve the sealed document on counsel in accordance with the Local Rules.  Decision to unseal document deferred.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court