**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CAMRYN SIMONS; *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-CV-1371 |

## ORDER

**AND NOW**, this 25th day of August, 2026, **IT IS ORDERED** that Plaintiff's Motion for Leave to File Renewed Motion to Proceed Pseudonymously (ECF 106) is hereby **GRANTED** and Plaintiff shall file any such renewed motion on or before **September 11, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Stay (ECF 107) is **GRANTED** and the deadline for the filing of Plaintiff's fourth amended complaint is **STAYED** until the pseudonym issue is resolved. Defendants' obligation to respond to the third amended complaint is also **STAYED**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court