**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>CAMRYN SIMONS; *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-CV-1371 |

**ORDER**

**AND NOW**, this 8th day of September, 2026, **IT IS ORDERED** that Defendants shall file a brief in response to Plaintiff's Motion to Compel (ECF 109) on or before **September 15, 2026**, not to exceed five pages in length.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay Deadline (ECF 110) is hereby **GRANTED**, and Plaintiff's obligation to file any renewed motion to proceed pseudonymously by September 11, 2026, is **STAYED** pending resolution of his motion to compel. The Court will re-set this deadline by future order of Court if and when the need arises.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court