**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-CV-1371 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMRYN SIMONS; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**AND NOW**, this 16th day of September, 2026, **IT IS ORDERED** that Plaintiff's Motion for Leave to File Reply (ECF 113) is **GRANTED**, and Plaintiff shall file any reply as to his pending motion to compel (ECF 109) on or before **September 23, 2026**. Any reply by Plaintiff shall not exceed five pages in length.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court