**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | ) | 2:25-CV-1371 |
| Plaintiff, | ) | |
| v. | ) | |
| CAMRYN SIMONS; *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

**AND NOW**, this 13th day of October, 2026, **IT IS ORDERED** that Plaintiff John Doe shall file any renewed motion to proceed pseudonymously on or before **October 20, 2026**.

**IT IS FURTHER ORDERED** that the deadline for the filing of Plaintiff's fourth amended complaint and Defendants' obligation to respond to the third amended complaint remain **STAYED** until the pseudonym issue is resolved.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Plaintiff John Doe
Address on File with Clerk of Court