**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 25-1371 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMRYN SIMONS, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

AND NOW, this 3rd day of November, 2026, IT IS ORDERED that Plaintiff's motion for Attorneys Kimberly Russell and Cara Jourdan of The Russell Law Firm, PLLC in Washington, D.C. to enter limited-scope appearances for purposes of resolving the pending issue of pseudonymity in the above-captioned matter is hereby GRANTED.

IT IS FURTHER ORDERED that any renewed motion to proceed pseudonymously by Plaintiff - counseled or uncounseled - shall be filed on or before November 10, 2026.

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge